# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee
### Winchester Division

Jermaine Martez Hill

-v-

Shane George
Steven Daugherty
John T. Lasater
17th Judicial District Drug Task Force
Bedford County Sheriff's Dept.

Case No: 4:23-cv-33
Atchley / Steger

FILED
AUG 24 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner-Complaint)

I. The Plaintiff(s)

Name: Jermaine Martez Hill
Address: 112 Northcreek Dr, Shelbyville, TN 37160
County: Bedford
Telephone Number:

II. Defendant(s)  ☒ Individual capacity  ☒ Official capacity

Name: Shane George

2

Address 108 Northcreek Dr.
Shelbyville, TN 37160
County Bedford
Telephone Number
E-Mail Address

Defendant No 2

Name Steven Daugherty
Job or Title Special Agent 17th Judicial District DTF
Address 209 N. 1st Ave
Lewisburg, TN 37091
County Marshal
Telephone Number 931-224-0336
E-Mail Address

☒ Individual capacity ☒ Official capacity

Defendant No 3

Name John Lasater
Job or Title 17th Judicial District DTF
Address 108 Northcreek Dr.
Shelbyville, TN 37160
County
Telephone Number 615-788-6707
E-Mail Address

☒ Individual capacity ☒ Official capacity

3       Defendant No 4

        Name       Nathan Everhart
        Business   Bedford County Sheriffs Dept.
        Address    103 Lane Parkway Shelbvilly TN 37160

        County     Bedford
        Telephone Number   931-808-0574

                ☒ Individual capacity   ☒ Official Capacity

    Basis for Jurisdiction

    Under 42 U.S.C. § 1983, you may sue state or local officials for the " deprivation of any rights, privileges, or immunities secured by the Constitution and [Federal laws]." Under This section what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
                        claim 1
    The fourth Amendment, right to be free from unreasonable search and seizure. First, John T. Lasater searched plantiff in the kitchen of 504 Shoma Dr. shelbyville, TN 37160 Then Shane George searched plantiff again at the same location. After a second search didn't produce what the defendants wanted, Shane George told Officer Cruz to take plaintiff to jail. Keys, Cellphone, and $362.00 is all that was found on plaintiff in the kitchen.
                        claim 2
    The 114th Amendment by arresting plaintiff and denying his

4

## Statement of Claim

Where did the events giving rise to your claim(s) occur? 504 Shoma Dr. Shelbyville, TN 37160

What date and approximate time did the events giving rise to your claim(s) occur? August 11th 2023 at 6:00 pm

What are the facts underlying your claim(s)? What happened to you? Who did what? Jermaine Martez Hill was arrested for drugs and a gun that was not found on him or in his living area of 504 Shoma Dr. Shelbyville, TN 37160. Six individuals live at this residence with a shared common area and kitchen, laundry room. The drugs were found outside and the gun was found under the bed of the person who's name the house is in. Richard Murry. Neither Murry or Hill was located in Murry's room where gun was found. There was a female in Murry's room when the gun was found. Nobody at the search warrant site was charged with the gun besides Mr. Hill. Mr. Hill was brought to jail without a warrant and currently is being held still against his will for fraudulent charges, therefor violating his 14th Amendment rights as well. It was stated by Shane Daugherty that what they were doing, "would come back to haunt them". John T. Lasater said that he didn't see Mr. Hill throw the drugs and that the gun was found in the house owners room. Not Mr. Hills room which was a seperate ridsidence therefore the police exceeded the

5

## Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment if any, you required and did or did not recieve. No physical injuries besides my mental health, enduring weeks in jail has destroyed my life for my family and I

## Relief

State briefly what you want the court to do for you. Make no legal arguements. Actual and/or Punitive damages claimed for the acts alleged. Explain the basis for these claims.

In order to have lasting impact that will be sustained these defendants must pay for violating my constitutional rights. Procedural changes, reprimaneds, and most importantly compensation is the only way this clear violation will be felt and remembered.

| | |
|---|---|
| Shane George | $100,000 |
| John T. Lasater | $75,000 |
| Steven Daugherty | $75,000 |
| Bedford County Sheriffs Dept. | $50,000 |
| 17th Judicial District DTF | $50,000 |
| **Total** | **$350,000** |

Jermaine Hill
12 Northcreek Dr.
Shelbyville, TN 37160



United States Eastern District Court
900 Georgia Ave Suite 309
Chattanooga, TN 37402